## Thomas O'Donnell et al. v. Garrett Quinn.

1.  BILL OF EXCEPTIONS—*Is but the Pleading of the Party Filing it.*
—A bill of exceptions is but the pleading of the party filing it, signed and
sealed by the trial judge, as the means of establishing its truth.

2.  SAME—*Effect of Stating the Judgment in.*—The fact that the trial
judge recites in the bill of exceptions what the judgment in the case
was, does not make such recital a judgment in the legal sense of the
term.

3.  APPELLATE COURT PRACTICE—*Where There is No Judgment of
Record in the Court Below.*—Where the only evidence of a judgment
in the court below, is a recital in the bill of exceptions, of what judg-
ment was entered at the close of the evidence, the Appellate Court is
without jurisdiction, for the reason that a transcript of a final judgment,
prayer and order of appeal bond, and its approval, are necessary to give
the Appellate Court jurisdiction even to dismiss an appeal.

4.  JURISDICTION—*Not to be Conferred upon the Appellate Court by
Filing a Transcript of a Bill of Exceptions.*—Jurisdiction of a cause
can not be conferred upon the Appellate Court by merely filing a tran-
script of a bill of exceptions and an appeal bond, and assigning errors
thereon.

**Assumpsit,** on a promissory note.   Appeal from the City Court of
Aurora; the Hon. RUSSELL P. GOODWIN, Judge, presiding.   Heard in
this court at the October term, 1901.   Case stricken from the docket.
Opinion filed January 24, 1902.

J. J. O'CONNOR, attorney for appellants.

JAMES F. GALVIN and EDWARD M. MANGAN, attorneys for
appellee.

MR. PRESIDING JUSTICE DIBELL delivered the opinion of
the court.

The so-called " record " filed in this case contains a certi-
fied copy of a bill of exceptions and an appeal bond.   Upon
this appellants have assigned errors.   There is no record
here showing the proceedings and judgment of the court
below.   It is true the bill of exceptions states what judg-
ment the court entered at the close of the proofs.   The bill
of exceptions is but the pleading of the party filing it, signed
and sealed by the trial judge, as the means of establishing
its truth.   This paper filed in the cause does not take the
place of the record the law requires the clerk to keep upon

record books, showing the various steps taken in the cause and the final judgment. If the attorney procures the judge to state in the bill of exceptions what the judgment was, that recital is not a judgment, it is not written by the clerk or spread of record, it does not give a lien upon real estate and no execution could issue upon it. The clerk has certified this bill of exceptions is a correct and true transcript, of all proceedings in this cause. If so, there is no judgment in this case in the court below, and nothing from which to appeal. If there is such a judgment section 72 of the practice act and rule 9 of this court require that a transcript thereof be filed here. We can not even dismiss this appeal; for a transcript of the final judgment, prayer and order of appeal, appeal bond and its approval, is necessary to give us jurisdiction for that purpose. No jurisdiction of a cause is conferred upon this court by filing merely a transcript of a bill of exceptions and an appeal bond, and assigning errors thereon. The order taking the cause for decision will be vacated, and cause stricken from the docket.